UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 2:09-cr-77-FtM-29SPC

JOSE DIAZ,
a/k/a "Crazy Legs",
a/k/a "Joint"

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a four-level reduction in the defendant's offense level, and in support thereof states as follows:

The defendant testified during the trial of five (5) co-conspirators (Herman Torres, Ivan Curbelo, Roberto Pineda, Manuel Torres, and Francisco Arevalo) who were tried together in June 2010. The defendant played an integral role in the presentation of evidence during the trial and substantially reduced the resources necessary to prosecute the case otherwise. All five individuals were convicted at trial as charged and the defendant's testimony was the cornerstone of the presentation.

As the leader of the organization, the defendant was able to provide agents of the Drug Enforcement Administration with comprehensive knowledge of the activity of all individuals who were included in the Superseding Indictment, and also many who were not. As a result, the effort and cooperation of the defendant substantially reduced the need for additional witnesses to be called during the trial of the five aforementioned co-conspirators.

## **MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant Jose Diaz provided truthful and timely information to the United States which resulted in the conviction of five (5) of his co-conspirators.

The United States believes that, because of his efforts on behalf of the United States, Defendant Jose Diaz should receive a four-level reduction in his offense level for his assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                                        Respectfully submitted,

                                        A. BRIAN ALBRITTON
                                        United States Attorney

                    By:    *s/ Jesus M. Casas*
                            JESUS M. CASAS
                            Assistant United States Attorney
                            Fla. Bar No. 0152110
                            2110 First Street, Suite 3-137
                            Fort Myers, Florida  33901
                            Telephone:   (239) 461-2200
                            Facsimile:   (239) 461-2219
                E-mail:    jesus.m.casas@usdoj.gov

U.S. v. Jose Diaz                                            Case No. 2:09-cr-77-FtM-29SPC

### CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Mark O'Brien
    mjo@obienbower.com

    *s/ Jesus M. Casas*
    Jesus M. Casas
    Assistant United States Attorney
    Fla. Bar No. 0152110
    2110 First Street, Suite 3-137
    Fort Myers, Florida  33901
    Telephone:   (239) 461-2200
    Facsimile:   (239) 461-2219
    E-mail:   jesus.m.casas@usdoj.gov